**ATTACHMENT B**

**AUTHORIZED SEARCH**

**Section I**

1.　　This warrant authorizes the search and seizure of the cellular telephone listed in

Attachment A.  A forensic examination of the cellular telephone ("the DEVICE") is

authorized as follows:

a.　　Evidence of who used, owned, or controlled the DEVICE, such as logs, registry

entries, configuration files, saved usernames and passwords, documents, browsing

history, user profiles, email, email contacts, "chat," instant messaging logs,

photographs, and correspondence;

b.　　Evidence of software that would allow someone or something other than the user

to control the DEVICE, such as viruses, Trojan horses, spyware, malware, and

other forms of malicious software, as well as evidence of the presence or absence

of security software designed to detect malicious software;

c.　　Evidence of the lack of such malicious software on the DEVICE;

d.　　Evidence of software designed to protect the DEVICE from other persons,

software, devices, or intrusions that may attempt to infiltrate, access, or control

the DEVICE, such as pop-up blockers, security software, password protection,

and encryption;

e.　　Evidence of counter-forensic programs and hard drive/computer cleaning

programs (and associated data) that are designed to eliminate data from the

DEVICE or frustrate the efforts of law enforcement to locate evidence on the

DEVICE;

f.      Evidence of the times the DEVICE was used;

g.      Evidence of where the DEVICE was used, including evidence of wireless internet networks and internet Protocol (IP) addresses;

h.      Records of or information about the DEVICE's internet activity: firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any internet search engine, and records of user-typed web addresses;

i.      Correspondence and contact information pertaining to child pornography or a sexual interest in children;

j.      Messages, emails, text and multimedia messages, and other communications between the user of the DEVICE and William John Easterling, or about William John Easterling;

k.      Photographs and videos;

l.      Any child pornography as defined by 18 U.S.C. § 2256(8);

m.      Any material that is "child erotica," consisting of any material or items relating to minors that serves a sexual purpose, including fantasy writings, letters, diaries, books, drawings, and images or videos of minors that do not necessarily constitute child pornography under 18 U.S.C. § 2256(8); and

n.      Information or correspondence pertaining to affiliation with any child exploitation websites.

**Section II**

2.      Such items will be searched and seized to locate property, evidence, fruits, and

instrumentalities of sexual exploitation and attempted sexual exploitation of children (18

U.S.C. § 2251(a)) and the possession of child pornography (18 U.S.C. § 2252A(a)(5)(B))

by William John Easterling.